**Electronically Filed
Supreme Court
SCWC-19-0000491
16-SEP-2020
12:14 PM**

SCWC-19-0000491

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner and Respondent/Plaintiff-Appellant,

vs.

TIANA F.M. SAGAPOLUTELE-SILVA,
Respondent and Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000491; 1DTA-18-01227)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Wong, assigned by reason of vacancy)

Respondent and Petitioner/Defendant-Appellee, Tiana

F.M. Sagapolutele's application for writ of certiorari filed on

August 17, 2020, is hereby accepted, and will be scheduled for

oral argument. The parties will be notified by the appellate

clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Paul B.K. Wong

